IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSALEE DYWER,<br><br>             Plaintiff,<br><br>   vs.<br><br>APPLE GILROY, INC., et al.,<br>et al.,<br><br>             Defendant.<br>_____/ | CASE NO. CV F 11-1107 LJO JLT<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 21.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 10, 2012**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE