IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. RIVERA, | 1:11cv01017 DLB |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation to dismiss filed on January 9, 2012, this action is DISMISSED WITH PREJUDICE. Each party shall bear its own fees, costs and expenses.

IT IS SO ORDERED.

Dated: __July 30, 2012__         ___/s/ Dennis L. Beck___
                                 UNITED STATES MAGISTRATE JUDGE

1